

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-23-00138-CV

OLD WEST CAPITAL CO., Appellant

V.

NEDRA JACKSON, Appellee

§   On Appeal from County Court at Law No. 1

§   of Tarrant County (2022-005868-1)

§   December 19, 2024

§   Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel